UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WAL-MART STORES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV0870 AGF |
| ) | |
| PDX, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF CONSOLIDATION

**IT IS HEREBY ORDERED** that the unopposed motion of Defendant PDX, Inc., to consolidate another case filed in this Court, Wal-Mart Stores, Inc., v. Landmark Data, Inc., No. 4:09CV1652 CDP, with this case is **GRANTED**. [Doc. #16]

**IT IS FURTHER ORDERED** that the Clerk's Office shall send Magistrate Judge consent/opt-out forms to the parties in Case No. 4:09CV1652 CDP.

**IT IS FURTHER ORDERED** that the parties in Case No. 4:09CV1652 CDP shall have up to and including November 20, 2009, to file the consent/opt-out forms.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 6th day of November, 2009.