UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WAL-MART STORES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV00870 AGF |
| ) | |
| PDX, INC., et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| vs. ) | |
| ) | |
| MEDI-SPAN, INC., et al., ) | |
| ) | |
| Third-Party Defendants ) | |

## **ORDER**

This matter is before the Court on Plaintiff's Motion for Extension of Time Deadlines under the Case Management Order ("CMO"), filed on March 11, 2010 [Doc. #26], in which Plaintiff requests an extension of the mediation deadline and expert witness deadlines in light of the filing of the third-party complaint. The Court notes that the third-party complaint was filed on December 22, 2009, and the file contains no evidence of service on the third-party defendants.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time Deadlines under the Case Management Order [Doc. #26] is **GRANTED**, such that the deadlines in paragraphs 3(b), 3(c) and 4 shall be extended for a period of 60 days.

**IT IS FURTHER ORDERED** that on or before **March 19, 2010**, the Third-Party Defendants shall file a notice with the Court advising of the status of service on the Third-Party Defendants.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of March, 2010.